# UNITED STATES DISTRICT COURT
## FOR THE NORTHERTN DISTRICT OF CALIFORNIA

XINZHI YANG,
      Plaintiff,

v.

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,
      Defendants.

Case No. 3:26-cv-04686-PHK

## PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE HEARING
## ON DEFENDANTS' MOTION TO DISMISS

Plaintiff Xinzhi Yang ("Plaintiff"), through undersigned counsel, respectfully moves pursuant to Civil Local Rule 6-3 for an order continuing the hearing on Defendants' Motion to Dismiss, presently scheduled for August 20, 2026, to the Court's first available hearing date after August 27, 2026.

This request is based upon the accompanying Declaration of Tuyana Kupisk.

### I. GOOD CAUSE EXISTS FOR A CONTINUANCE

Good cause exists for a brief continuance because Plaintiff's lead counsel, Tuyana Kupisk, has previously scheduled international travel commitments that were arranged well before the hearing date was scheduled and cannot reasonably be modified.

Because the Court generally conducts motion hearings in person, lead counsel will be outside the United States and unavailable to appear at the hearing currently

scheduled for August 20, 2026. Plaintiff therefore respectfully requests only a brief continuance so that lead counsel may personally appear and present oral argument should the Court determine that oral argument is appropriate.

Lead counsel has primary responsibility for this litigation, has handled all substantive aspects of the case from its inception, and prepared Plaintiff's Opposition to Defendants' Motion to Dismiss. Requiring substitute counsel to argue the Motion would be impractical, inefficient, and could unnecessarily prejudice Plaintiff, who should have the benefit of representation by counsel most familiar with the factual record and legal issues before the Court.

Plaintiff has diligently prosecuted this action, timely filed the Opposition to Defendants' Motion to Dismiss, and promptly sought this limited continuance after recognizing the scheduling conflict.

## II. THE REQUEST IS MADE IN GOOD FAITH

This request is made in good faith and not for purposes of delay.

The requested continuance is limited. Plaintiff seeks only that the hearing be reset to the Court's first available date after August 27, 2026.

Granting the requested continuance will not prejudice Defendants. The issues raised in Defendants' Motion to Dismiss concern legal questions that will not be affected by a brief continuance.

## III. CIVIL LOCAL RULE 6-3

Pursuant to Civil Local Rule 6-3, counsel for Plaintiff met and conferred with counsel for Defendants regarding the requested continuance.

Defendants do not oppose the requested continuance.

This is Plaintiff's first request to continue the hearing.

The requested continuance will not affect any other scheduled deadlines except those the Court determines should be modified in connection with the continued hearing date.

WHEREFORE, Plaintiff respectfully requests that the Court continue the hearing on Defendants' Motion to Dismiss to the first available date after August 27, 2026, or such other date as the Court deems appropriate.

Dated: July 13, 2026

Respectfully submitted,

/s/ Tuyana Kupisk
TUYANA KUPISK, ESQ.
194 41 St. Unit 11463
Oakland, CA 94611
Tel: (415) 562 5867
Email: tuyana@retainadvisory.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERTN DISTRICT OF CALIFORNIA

XINZHI YANG,

     Plaintiff,

v.

U.S. CITIZENSHIP AND

IMMIGRATION SERVICES, et al.,

     Defendants.

Case No. 3:26-cv-04686-PHK

## DECLARATION OF TUYANA KUPISK IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE HEARING

I, Tuyana Kupisk, declare as follows:

1.    I am an attorney licensed to practice before this Court and counsel of record for Plaintiff Xinzhi Yang. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2.    I submit this Declaration in support of Plaintiff's Administrative Motion to Continue the hearing on Defendants' Motion to Dismiss.

3.    Defendants' Motion to Dismiss is presently scheduled for hearing on August 20, 2026.

4.    I have longstanding international travel commitments that require me to be outside the United States during the period encompassing the currently scheduled hearing.

5.    These travel arrangements were made before the hearing date was set and cannot reasonably be modified.

6.     Because I will be outside the United States, I will be unavailable to adequately prepare for and personally appear at oral argument on the currently scheduled hearing date.

7.     Plaintiff has diligently prosecuted this litigation. The requested continuance is not sought for purposes of delay but solely to permit Plaintiff's counsel to appear and fully present Plaintiff's position at the hearing.

8.     The requested continuance is limited in scope. Plaintiff respectfully requests that the hearing be reset to the Court's first available date after August 27, 2026.

9.     I met and conferred with counsel for Defendants regarding this request pursuant to Civil Local Rule 6-3. Defendants do not oppose the requested continuance.

10.    To the best of my knowledge, the requested continuance will not prejudice Defendants or adversely affect any other case deadlines except as may be modified by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated: July 13, 2026                    Respectfully submitted,
                                        /s/ Tuyana Kupisk
                                        TUYANA KUPISK, ESQ.
                                        194 41 St. Unit 11463
                                        Oakland, CA 94611
                                        Tel: (415) 562 5867
                                        Email: tuyana@retainadvisory.com
                                        Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERTN DISTRICT OF CALIFORNIA

XINZHI YANG,
      Plaintiff,

v.

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,
      Defendants.

Case No. 3:26-cv-04686-PHK

## [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS

Having considered Plaintiff's Administrative Motion to Continue the Hearing on Defendants' Motion to Dismiss, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

The hearing on Defendants' Motion to Dismiss, previously scheduled for August 20, 2026, is VACATED and RESET to _____, 2026, at _____ _.m., or to such other date and time as the Court may designate.

All other deadlines shall remain unchanged unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: _____

_____
HON. PETER H. KANG
United States Magistrate Judge